UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOAN VAN TRAN**, <br> Petitioner, <br> v. <br> **DAVID JENNINGS, ET AL.**, <br> Respondents. | Case No. 4:20-cv-04408-YGR <br><br> **ORDER REGARDING TRAVERSE AND SCHEDULING** <br><br> Re: Dkt. No. 1, 9 |

The Court has reviewed the return to petition that was filed by the respondents in this matter. (Dkt. No. 9.) Based on that return, the Court states that it has concerns of the merits of the habeas petition based on the representations in respondents' declaration that petitioner is scheduled to depart from the United States on a chartered flight in August 2020. The Court **PERMITS** petitioner to file a traverse to respondents' return. Petitioner shall specifically address these representations in its traverse. Thus, petitioner **SHALL** file a traverse on or before **Monday, August 3, 2020**.

Moreover, in order to evaluate the representations made in respondents' return, the Court **ORDERS** that the government confirm on or before **Monday**, **August 10, 2020** whether Vietnam has to the date of its response accepted individuals via chartered flights during this coronavirus disease (COVID-19) pandemic (*i.e.*, on or after March 2020).

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**