UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOAN VAN TRAN**,<br>　　　　　Petitioner,<br>　　v.<br>**DAVID W. JENNINGS, ET. AL.**,<br>　　　　　Respondents. | Case No. 4:20-cv-04408-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 12 |

The traverse filed in this matter states that petitioner Hoan Van Tran may no longer be in Immigration and Customs Enforcement ("ICE") custody, and that he may already have been removed to Vietnam from the United States. (*See generally* Dkt. No. 12.) Accordingly, all pending dates are **VACATED**. The Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, August 21, 2020**.

**Five (5) business days** prior to the date of the compliance deadline, the parties shall file either (a) a **STIPULATION OF DISMISSAL**; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 4, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**