MONICA RAMSY (#329941)
JINGNI (JENNY) ZHAO (#284684)
SO YOUNG LEE (#327963)
KEVIN CHUN HOI LO (#278908)
ANOOP PRASAD (#250681)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: monicar@advancingjustice-alc.org

Attorneys for Petitioner HOAN VAN TRAN

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

8/5/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HOAN VAN TRAN, | Case No. 4:20-cv-04408-YGR |
| Petitioner, | |
| v. | **STIPULATION OF DISMISSAL** |
| DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement, Enforcement and Removal Operations; ERIK BONNAR, Deputy Field Office Director, San Francisco Office, United States Immigration and Customs Enforcement, Enforcement and Removal Operations; MATTHEW ALBENCE, Acting Director, United States Immigration and Customs Enforcement; and CHAD WOLF, Acting Secretary, United States Department of Homeland Security, | |
| Respondents. | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action.

Dated: August 4, 2020					Respectfully submitted,

						*/s/ Jingni Zhao*
						JINGNI (JENNY) ZHAO[1]

						ASIAN AMERICANS ADVANCING JUSTICE –
						ASIAN LAW CAUCUS

						Attorney for Petitioner HOAN VAN TRAN

Dated: August 4, 2020					DAVID L. ANDERSON
						United States Attorney

						*/s/ Sara Winslow*
						SARA WINSLOW
						Assistant United States Attorney

						Attorneys for Federal Respondents

---

[1] The filer attests that all signatories concur in the filing of this document.